IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | MJ 20- 4 -BU-KLD |
| A GRAY AND BLACK LG CELL PHONE, SERIAL #901CYGW0571135 WITH THREE ROUND METAL OBJECTS AFFIXED TO THE BACK CURRENTLY LOCATED IN THE SOUTH WEST MONTANA DRUG TASK FORCE EVIDENCE FACILITY | ORDER |

Based upon the motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application, Affidavit for Search Warrant, and Search Warrant filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purpose of providing copies of documents in discovery, upon initial appearance on an indictment by any defendant related to this search warrant, and service or receipt of a request for discovery by the defense, pursuant to Fed. R. Crim. P. 16.

DATED this 22rd day of April, 2020.

KATHLEEN L. DESOTO
United States Magistrate Judge

1