IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 20-4-BU-KLD |
| A gray and black LG cell phone, serial #901CYGW0571135 with three round metal objects affixed to the back | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 13th day of July, 2020.

Kathleen L. DeSoto
United States Magistrate Judge

1